IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL ASGARI, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO.  SA:23-cv-01006-DAE |
| § | |
| MESA UNDERWRITERS SPECIALTY § | |
| INSURANCE COMPANY and § | |
| ALEXANDER RAMIREZ, § | |
| § | |
| *Defendants.* § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Daniel Asgari ("Plaintiff") and Defendants Mesa Underwriters Specialty Insurance Company and Alexander Ramirez ("Defendants") have reached a settlement in principle for this matter.

Plaintiff and Defendants need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice all parties and the entire case within sixty (60) days, contingent on completion of the settlement.

JOINT NOTICE OF SETTLEMENT - Page 1

Respectfully submitted,

By:   */s/ M. Paige Tackett*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zellelaw.com
    M. Paige Tackett
    Texas Bar No. 24083935
    ptackett@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY AND ALEXANDER RAMIREZ**

AND

By:   */s/ Amanda J. Fulton*
    Chad T. Wilson
    Texas Bar No. 24079587
    cwilson@cwilsonlaw.com
    Amanda J. Fulton
    Texas Bar No. 24077283
    afulton@cwilsonlaw.com

**CHAD T. WILSON LAW FIRM, PLLC**
455 E. Medical Center Blvd., Ste. 555
Webster, Texas 77598
Telephone:    832-415-1432
Facsimile:    281-940-2137

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on September 13, 2023:

Chad T. Wilson
State Bar No. 24079587
Amanda J. Fulton
State Bar No. 24077283
CHAD T. WILSON LAW FIRM PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas  77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
afulton@cwilsonlaw.com

***Attorneys for Plaintiff***

                                               */s/  M. Paige Tackett*
                                                 M. Paige Tackett