UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Daniel Asgari, | § § | |
| Plaintiff, | § § § | NO: SA:23-CV-01006-DAE |
| vs. | § § § | |
| Mesa Underwriters Specialty Insurance Company, et al | § § § § | |
| Defendants. | | |

## ORDER FOR SETTLEMENT PAPERS

On September 13, 2023 counsel advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **November 13, 2023**. <u>If the parties are unable to submit those documents by that date, parties should move for an extension of time to file the documents.</u>

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED WITHOUT PREJUDICE, subject to reurging should settlement fail.

4) Any court settings in this case are cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

IT IS SO ORDERED.

DATED: San Antonio, Texas, September 14, 2023.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE